Plenary jurisdiction relinquished.

Justices SAYLOR, EAKIN, BAER, TODD, McCAFFERY and ORIE MELVIN join the opinion.

29 A.3d 1148

Cyrus R. SANDERS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, and Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Sept. 28, 2011.

## ORDER

PER CURIAM.

AND NOW, this 28th day of September, 2011, the Order of the Commonwealth Court is **AFFIRMED**.